# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Bertha M Turner                                  CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-20438 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-3 and index same on the master mailing list.

                                        Respectfully submitted,

/s/ *Brent J. Lemon*
Brent Lemon
28 Feb 2025, 12:45:54, EST

Denise Carlon, Esq. (317226) ☐
Brent Lemon, Esq. (86478) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: f99fafbd515868ebf2dfc021223c5df770ceaf1e61a41f5cfc8e97d787476435