IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. |
| Bertha M Turner | : | Chapter 13 |
| Debtor | : | |
| | : | |

**Debtor's Statement Regarding Payment Advices
Required by 11 U.S.C. § 521(A)(1)(B)(IV)**

I, Bertha M Turner, state as follows:[1]

*[Check box(es) and complete sections that apply].*

I have not filed with the Court or submitted to the Trustee copies of all payment advices or other evidence of payment received from an employer within six months before the date of the filing of petition because:

[ X ]  I was not employed during the six month period before the date of the filing of petition.

[ ]  I was not employed during the following period before filing my petition: [*beginning date*] to [*ending date*].

[ ]  I was employed during the six month period before filing my petition but did not receive any payment advices or other evidence of payment from my employer.

[ ]  I was employed during the six month period before filing my petition but received payment advices only for the pay periods from [*beginning date*] to [*ending date*], which have been filed with the Court or submitted to the Trustee.

[ ]  I was self-employed during the six month period before filing my petition and did not receive any evidence of payment from an employer.

[ ]  Other reason [*Please attach an explanation if more room is needed*]:

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct.

Date:   February 24, 2025                                /s/  Bertha M Turner
                                                                                   Bertha M Turner, Debtor

---

[1] A separate form, if applicable, must be submitted by each debtor in a joint case.