Certificate Number: 14912-PAW-DE-039392241

Bankruptcy Case Number: 25-20438



14912-PAW-DE-039392241

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 1, 2025, at 4:15 o'clock PM EST, Bertha Turner completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  March 1, 2025              By:    /s/Jai Bhatt

                                  Name:  Jai Bhatt

                                  Title: Counselor