**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:                                       Case No. 25-20438-GLT
                                             Chapter 13
Bertha M. Turner

Debtor(s).

## NOTICE OF APPEARANCE

**Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-3**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
      Steven K. Eisenberg, Esquire
      Bar No: 75736
      Stern & Eisenberg, PC
      1581 Main Street, Ste. 200
      The Shops at Valley Square
      Warrington, PA 18976
      Phone: 215-572-8111
      Fax: 215-572-5025
      seisenberg@sterneisenberg.com
      Attorney for Creditor

# **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 8th day of May, 2025, to the following:

Douglas G. Hipp
Hipp/Kaiser-Hipp
1142 Broadview Blvd.
Brackenridge, PA 15014
twohipp4u@hotmail.com
***Attorney for Debtor(s)***

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
***Chapter 13 Trustee***

U.S. Trustee
Liberty Center
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Bertha M. Turner
1129 Oswin St.
Pittsburgh, PA 15220

***Debtor(s)***

                                                       By:       /s/ Steven K. Eisenberg
                                                             Steven K. Eisenberg, Esquire